

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**AMENDED ORDER ON MOTION**

Cause number: 01-14-00489-CV

Style: In the Interest of K.M., K.M. and K.M., Children

Date motion filed[*]: July 28, 2014

Type of motion: Unopposed Motion for Extension of Time to File Appellant's Brief

Party filing motion: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated? Yes

If motion to extend time:

    Original due date: August 4, 2014

    Number of extensions granted: 1      Current Due date: August 4, 2014

    Date Requested: September 3, 2014

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due: September 3, 2014

        ☑     No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

**This Court's August 12, 2014 Order on Motion is amended as follows: The motion for extension of time is granted, but no further extensions will be granted in this accelerated appeal in a parental termination case. Appellant's brief is to be filed no later than September 3, 2014.**

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: August 26, 2014

November 7, 2008 Revision